Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
OAKLEY, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UV SALES, INC. d/b/a IZONE GROUP, a New Jersey corporation,<br><br>Defendant. | Civil Action No.<br>14CV1055 BEN DHB<br><br>**OAKLEY, INC.'S NOTICE OF MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES 1, 3-8**<br><br>Date: September 8, 2014<br>Time: 10:30 a.m.<br>Ctrm: 5A, 5th Floor - Schwartz<br><br>Before the Honorable<br>Judge Roger T. Benitez<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 2, 2014 at 10:30 a.m., or as early as possible thereafter, Plaintiff Oakley, Inc. ("Oakley") will appear in the above referenced Court, located at 221 West Broadway, San Diego, CA 92101, and will, and hereby does, move the Court to strike Defendant UV Sales, Inc. d/b/a iZone Group's ("UV") affirmative defense 1, 3-8 pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

# MOTION

Oakley hereby moves the Court for leave to strike Defendant UV Sales, Inc. d/b/a iZone Group's ("UV") affirmative defense of invalidity. Oakley's motion is based upon this Notice of Motion; the Memorandum of Points and Authorities, filed concurrently with the Motion; the pleadings and papers on file herein; and such other arguments, evidence, and matters as may be presented at, during, or before the hearing on this Motion.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 28, 2014     By: */s/ Ali S. Razai*
                                            Michael K. Friedland
                                            Ali S. Razai

Attorneys for Plaintiff
OAKLEY, INC.

**PROOF OF SERVICE**

On July 28, 2014, I caused OAKLEY, INC.'S NOTICE OF MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES 1, 3-8 to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

> Lawrence R. LaPorte
> DICKSTEIN SHAPIRO LLP
> 2049 Century Park East, Suite 700
> Los Angeles, CA 90067-3109
> laportel@dicksteinshapiro.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on July 28, 2014, at Irvine, California.

_____
Maria Zavala

18505240